# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Yvetta Massey

                              Plaintiff,

v.                                             Case No.: 1:17−cv−02253
                                                       Honorable Virginia M. Kendall

Churchview Supportive Living, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed without prejudice with leave to reinstate by 8/30/2018 pursuant to settlement reached before Magistrate Judge Finnegan. Dismissal to become with prejudice on 8/31/2018. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.